1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5081
7       neal.hong@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12                                      )  NO.: 21-mj-71720 MAG
   UNITED STATES OF AMERICA,            )
13                                      )  STIPULATION TO CONTINUE STATUS
        Plaintiff,                       )  CONFERENCE; [PROPOSED] ORDER
14                                      )
        v.                               )
15 GREGORY SMITH,                        )
                                         )
16      Defendant.                       )
                                         )
17 _____  )

18      The parties respectfully request that the status conference currently scheduled for March 16,

19 2022 at 2:00 p.m. be continued to April 27, 2022 at 2:00 p.m.  The Government has provided the

20 discovery to Defendant.  Accordingly, the parties make this request to continue to give defense counsel

21 the opportunity to review the discovery to adequately prepare Defendant's case.

22      The parties further stipulate and agree that the time between March 16, 2022 and April 27, 2022

23 should be excluded to allow for effective preparation of counsel, taking into account the exercise of

24 due diligence, and that the ends of justice served by granting the request outweigh the best interests of

25 the public and the defendant in a speedy trial.

26      The parties further stipulate and agree that, given the need to investigate matters which may bear

27 on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing

28 under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf

STIPULATION AND [PROPOSED] ORDER

1

1  of the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate

2  and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial

3  Act.

4

5  DATED:  March 15, 2022                                    Respectfully submitted,

6

7                                                           STEPHANIE M. HINDS
                                                            United States Attorney

8

9                                                           s/ Neal Hong
                                                            NEAL C. HONG

10                                                          Assistant United States Attorney

11                                                          s/ Severa Keith

12                                                          SEVERA KEITH
                                                            Attorney for Gregory Smith

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1            **[~~PROPOSED~~] ORDER**

2            Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS

3   that the status conference currently scheduled for March 16, 2022 be continued until April 27, 2022.

4   For good cause shown, the Court further finds that failing to exclude the time between March 16, 2022

5   and April 27, 2022 would deny counsel the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence, and that the ends of justice served by excluding that time

7   from computation under the Speedy Trial Act outweigh the best interests of the public and the

8   defendant in a speedy trial.

9            Therefore, IT IS HEREBY FURTHER ORDERED that the time between March 16, 2022 and

10  April 27, 2022 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

11  3161(h)(7)(A) and (B)(iv).

12           The Court further finds good cause exists for extending the time limits for a preliminary

13  hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an

14  indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

15  IT IS SO ORDERED.

16

17  DATED: ___March 15, 2022_____

18                                                HON. SUSAN VAN KEULEN
                                                  United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

1